AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Mashburn, Randal S. | Bankruptcy Court - Middle District - Tennessee | 04/29/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge (Full-Time) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

220 Customs House
701 Broadway
Nashville, TN 37203

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mashburn, Randal S.** | 04/29/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | 10/28/18 to 10/31/18 | San Antonio, TX | Attendance at meetings/ seminars at annual conference of bankruptcy judges. | Portion of lodging expense. |
| 2. | Tennessee Bar Association | 04/27/18 to 04/29/18 | Gatlinburg, TN | Participate in panel of judges making presentations at CLE program on bankruptcy. | Transportation, food and lodging. |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mashburn, Randal S. | 04/29/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mashburn, Randal S. | 04/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK ACCOUNTS (H) -- Lines 2-10 | | | | | | | | | |
| 2. -Bank of America (Accounts/CDs) | A | Interest | L | T | | | | | |
| 3. -Synovus Bank (Accounts/CDs) | A | Interest | L | T | | | | | |
| 4. -Franklin Synergy Bank (formerly Civic Bank & Trust) (Accounts/CDs) | D | Interest | N | T | | | | | |
| 5. -Reliant Bank (formerly Community First Bank & Trust) (Accounts/CDs) | B | Interest | M | T | | | | | |
| 6. -Pinnacle National Bank (Accounts/CDs) | A | Interest | L | T | | | | | |
| 7. Fifth Third Bank | B | Interest | M | T | | | | | |
| 8. -Insbank (Accounts/CDs) | D | Interest | N | T | | | | | |
| 9. -Legends Bank (Accounts/CDs) | B | Interest | M | T | | | | | |
| 10. -First Citizens National Bank (Account) | A | Interest | K | T | | | | | |
| 11. BROKERAGE ACCT (H) -- Items 12 to 53 below | | | | | | | | | |
| 12. -America Movil S.A.B. De C.V. (Common Stock) | A | Dividend | J | T | | | | | |
| 13. -Anheuser Busch InBev Spon ADR (Common Stock) | A | Dividend | J | T | | | | | |
| 14. -Apple Inc. (Common Stock) | A | Dividend | K | T | | | | | |
| 15. -Bristol Myers Sqiobb Co. (Common Stock) | A | Dividend | J | T | | | | | |
| 16. -EOG Resources Inc. (Common Stock) | A | Dividend | K | T | | | | | |
| 17. -EQT Corp (Common Stock) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mashburn, Randal S. | 04/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Equitrans Midstream Corp. (Common Stock) | | None | J | T | Spinoff (from line 17) | 11/13/18 | J | | |
| 19. -Express Scripts Holding Co. (Common Stock) | | None | | | Sold | 10/24/18 | J | C | |
| 20. -Exxon Mobil Corp. (Common Stock) | A | Dividend | K | T | | | | | |
| 21. -Fortinet Inc. (Common Stock) | | None | K | T | | | | | |
| 22. -Genuine Parts Co. (Common Stock) | A | Dividend | J | T | | | | | |
| 23. -Home Depo Inc. (Common Stock) | A | Dividend | K | T | | | | | |
| 24. -Merck & Co. Inc. New Com (Common Stock) | A | Dividend | J | T | | | | | |
| 25. -Microsoft Corp. (Common Stock) | A | Dividend | K | T | | | | | |
| 26. -Pepsico Inc. (Common Stock) | A | Dividend | K | T | | | | | |
| 27. -Pfizer Inc. (Common Stock) | A | Dividend | J | T | | | | | |
| 28. -Walmart de Mexico S.A.B. de CV (Common Stock) | A | Dividend | J | T | | | | | |
| 29. -Walgreen Co. (Common Stock) | A | Dividend | J | T | | | | | |
| 30. -Alger Spectra Fund Class C (Mutual Fund) | D | Dividend | L | T | | | | | |
| 31. -American Funds Euro Pacific Growth Fun (Mutual Fund) | C | Dividend | L | T | | | | | |
| 32. -FT-Franklin Federal Fund (Mutual Fund) | B | Dividend | L | T | | | | | |
| 33. -John Hancock Preferred Income Fund | B | Dividend | K | T | | | | | |
| 34. -Nuveen PFD & Income Sec. Fund | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mashburn, Randal S. | 04/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Vertus Global Multi Sector (Common Stock) | B | Dividend | J | T | | | | | |
| 36. -Metro Govt. Nashville/Davidson Bonds #1 (Govt. Bonds) | B | Interest | L | T | | | | | |
| 37. -Metro Govt. Nashville/Davidson Bonds #2 (Govt. Bonds) | B | Interest | K | T | | | | | |
| 38. -Blount County Tenn. Public Bonds (Govt. Bonds) | B | Interest | L | T | | | | | |
| 39. -State of Texas Bonds #1 (Govt. Bonds) | C | Interest | | | Sold | 08/02/18 | K | A | |
| 40. -Hamilton County Tenn. Bonds (Govt. Bonds) | A | Interest | K | T | | | | | |
| 41. -State of Texas Bonds #2 (Govt. Bonds) | B | Interest | | | Sold | 08/02/18 | K | A | |
| 42. -Metro Govt. Nashville/Davidson Bonds #3 (Govt. Bonds) | B | Interest | L | T | | | | | |
| 43. -New York Municipal Water Fin. Auth. (Govt. Bonds) | B | Interest | K | T | | | | | |
| 44. -Tennessee State School Bonds #2 (Govt. Bonds) | B | Interest | K | T | | | | | |
| 45. -Texas A&M Univ. (Govt. Bonds) | B | Interest | K | T | | | | | |
| 46. -Memphis Airport Bonds (Govt. Bonds) | B | Interest | K | T | | | | | |
| 47. Metro Govt. nashville/Davidson Bonds #4 (Govt. Bonds) | B | Interest | K | T | | | | | |
| 48. Loudon County Tenn. Bonds (Govt. Bonds) | A | Interest | K | T | | | | | |
| 49. Franklin Tenn. Spl Sch District Bonds (Govt. Bonds) | B | Interest | K | T | | | | | |
| 50. -Southern Company Bonds | B | Interest | K | T | | | | | |
| 51. -Metro Govt. Nashville/Davidson Bonds #5 (Govt. Bonds) | A | Interest | L | T | Buy | 08/16/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mashburn, Randal S. | 04/29/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -White House Utility District Bonds (Govt. Bonds) | A | Interest | K | T | Buy | 08/16/18 | K | | |
| 53. -UBS Money Market Account | A | Interest | K | T | | | | | |
| 54. ROTH IRA (H) #1 -- Lines 55-67 | | | | | | | | | |
| 55. - Nationwide Dest. All Am Gold Annuity (Variable) (%s on lines 57-58) | | None | M | T | | | | | |
| 56. -- NW AMFDS NVIT AsstAlloc. II -- 51.8% | | | | | | | | | |
| 57. -- NW NVIT Inv. Dest. Mod II - 48.2% | | | | | | | | | |
| 58. - Ohio National Oncore Value Annuity (Variable) (%s on lines 60-67) | | None | L | T | | | | | |
| 59. -- Ohio National Bond Fund - 15% | | | | | | | | | |
| 60. -- Ohio Small Cap GRW Fund - 5% | | | | | | | | | |
| 61. -- Janus Henderson Overseas VIT - 5% | | | | | | | | | |
| 62. -- JPMorgan Mid Cap Value Fund - 5% | | | | | | | | | |
| 63. -- PIMCO Total Return Fund - 15% | | | | | | | | | |
| 64. -- Franklin Founding Funds Allocation Fund - 25% | | | | | | | | | |
| 65. -- Ivy Science & Technology Fund - 5% | | | | | | | | | |
| 66. -- Janus Henderson Low Volitility VIT - 25% | | | | | | | | | |
| 67. - First Eagle Global Fund (Mutual Fund) | B | Dividend | L | T | | | | | |
| 68. ROTH IRA (H) #2 -- Lines 69-86 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mashburn, Randal S. | 04/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Genworth Retireready Annuity (Variable) (%s shown lines 71-72) | | None | M | T | | | | | |
| 70. -- Blk Global Allocation V.I -- 49.9% | | | | | | | | | |
| 71. -- SSG Total Return - Class 3 - 50.1% | | | | | | | | | |
| 72. - Nationwide Dest. All Am Gold Annuity (Variable) (%s on lines 74-75) | | None | M | T | | | | | |
| 73. -- NW AMFDS NVIT AsstAlloc. II -- 51.8% | | | | | | | | | |
| 74. -- NW NVIT Inv. Dest. Mod II - 48.2% | | | | | | | | | |
| 75. - Ohio National Oncore Value Annuity (Variable) (%s on lines 77-84) | | None | M | T | | | | | |
| 76. -- Ohio National Bond Fund - 15% | | | | | | | | | |
| 77. -- Ohio Small Cap GRW Fund - 5% | | | | | | | | | |
| 78. -- Janus Henderson Overseas VIT - 5% | | | | | | | | | |
| 79. -- JPMorgan Mid Cap Value Fund - 5% | | | | | | | | | |
| 80. -- PIMCO Total Return Fund - 15% | | | | | | | | | |
| 81. -- Franklin Founding Funds Allocation Fund - 25% | | | | | | | | | |
| 82. -- Ivy Science & Technology Fund - 5% | | | | | | | | | |
| 83. -- Janus Henderson Low Volitility VIT - 25% | | | | | | | | | |
| 84. - First Eagle Global Fund (Mutual Fund) | B | Dividend | L | T | | | | | |
| 85. - American Funds New Perspective (Mutual Fund) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mashburn, Randal S. | 04/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - UBS Bank Deposit Account | A | Interest | J | T | | | | | |
| 87. 529 COLLEGE FUND #1(H) -- Lines 88-91 | | | | | | | | | |
| 88. - Growth Fund of America | A | Dividend | K | T | | | | | |
| 89. - Bond Fund of America | A | Dividend | J | T | | | | | |
| 90. - American Balanced Fund | A | Dividend | K | T | | | | | |
| 91. - Capital Income Builder Fund | A | Dividend | J | T | | | | | |
| 92. 529 COLLEGE FUND #2 (H) -- Lines 93-100 | | | | | | | | | |
| 93. - Growth Fund of America | A | Dividend | | | Sold (part) | 08/08/18 | J | A | |
| 94. | | | | | Sold | 12/14/18 | J | A | |
| 95. - Bond Fund of America | A | Dividend | | | Sold (part) | 08/08/18 | J | A | |
| 96. | | | | | Sold | 12/14/18 | J | A | |
| 97. - Capital Income Builder Fund | A | Dividend | | | Sold (part) | 08/08/18 | J | A | |
| 98. | | | | | Sold | 12/14/18 | J | A | |
| 99. -Intermediate Bond Fund of America | A | Dividend | | | Sold (part) | 08/08/18 | J | A | |
| 100. | | | | | Sold | 12/14/18 | J | A | |
| 101. NORTHWESTERN BROKERAGE ACCT (H) Lines 102-107 | | | | | | | | | |
| 102. -Northwestern Mutual Single Premium Whole Life Insurance Policy | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mashburn, Randal S. | 04/29/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Northwestern Mutual General Money Market Fund Cl B | A | Int./Div. | J | T | | | | | |
| 104. -EuroPacific Growth Fund | A | Dividend | J | T | | | | | |
| 105. -Tax-Exempt Bond Fund of America | A | Dividend | J | T | | | | | |
| 106. -Localshares Nashville Area ETF | A | Dividend | | | Sold | 02/16/18 | J | A | |
| 107. -Vanguard Index Funds | A | Dividend | K | T | Buy (add'l) | 06/05/18 | J | | |
| 108. IRA #1 -- UBS (prior 401k) (H) -- Lines 109-126 | | | | | | | | | |
| 109. - Pace Money Market Investment Fund | A | Dividend | J | T | | | | | |
| 110. - Alger Spectra Fund Class A | C | Dividend | L | T | Sold (part) | 03/27/18 | J | D | |
| 111. -Delaware Value Fund | B | Dividend | L | T | Sold (part) | 03/27/18 | J | B | |
| 112. - First Eagle Overseas Fund Class A | B | Dividend | L | T | | | | | |
| 113. - Loomis Sayles Bond Fund Class Retail | B | Dividend | L | T | | | | | |
| 114. - Oppenheimer Intl Bond Fund Class A | B | Dividend | K | T | | | | | |
| 115. - Principal Preferred Securities Fund | B | Dividend | K | T | Buy (add'l) | 03/27/18 | J | | |
| 116. - Alliaanzgi Global Water Fund Class P | A | Dividend | K | T | | | | | |
| 117. - Diamond Hill Small Mid Cap Fund Class I | A | Dividend | K | T | | | | | |
| 118. - RMB Mendon Fin. Serv. Fund Class A | C | Dividend | K | T | | | | | |
| 119. - Double Line Total Return Fund Instl | A | Dividend | | | Sold | 03/26/18 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mashburn, Randal S. | 04/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Gabelli Gold Fund | A | Dividend | J | T | | | | | |
| 121. - Loomis Sayles Global Allocation Fund | A | Dividend | M | T | | | | | |
| 122. -T CW Emerging Market Income Fund | B | Dividend | K | T | | | | | |
| 123. - Victory Trivalent International Small Cap Fund | A | Dividend | K | T | | | | | |
| 124. - Alpha Centric Income Opportunities Fund Class I | B | Dividend | L | T | Buy | 03/27/18 | K | | |
| 125. | | | | | Buy (add'l) | 10/26/18 | K | | |
| 126. - Vanguard Industrials Index Fund Admiral | A | Dividend | K | T | Buy | 03/27/18 | K | | |
| 127. IRA #2 -- UBS (prior 401k) (H) -- Lines 128-145 | | | | | | | | | |
| 128. - UBS Bank USA Deposit Account | A | Interest | J | T | | | | | |
| 129. - Berkshire Hathaway Inc New CL B (Common Stock) | | None | M | T | | | | | |
| 130. - ConocoPhillips B/E Bonds | A | Interest | K | T | | | | | |
| 131. - United Parcel Service DPB Inc B/E Bonds | B | Interest | K | T | | | | | |
| 132. - Duke Energy Carolina Bonds | B | Interest | K | T | | | | | |
| 133. - Coca Cola Co. Com NTS B/E Bonds | A | Interest | K | T | | | | | |
| 134. - Anheuser-Busch Invev WDR Bonds | A | Interest | K | T | | | | | |
| 135. - Verizon Communications Bonds | B | Interest | K | T | | | | | |
| 136. - Virtus Multi-Sector Short Term Bond Fund - Class C | C | Dividend | | | Sold (part) | 04/03/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mashburn, Randal S. | 04/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 10/22/18 | K | A | |
| 138. - CVS Health Corp. | A | Interest | K | T | | | | | |
| 139. - Eaton Vance Senior Income Trust | A | Dividend | J | T | | | | | |
| 140. - Kroger Company Bonds | A | Interest | K | T | | | | | |
| 141. - Campbell Soup Company Bonds | | None | K | T | Buy | 10/24/18 | K | | |
| 142. - Dr. Pepper Snapple Group Bonds | A | Interest | K | T | Buy | 10/24/18 | K | | |
| 143. - Heinz (HJ) Company Bonds | | None | K | T | Buy | 10/24/18 | K | | |
| 144. - Kraft Heinz Foods Company Bonds | | None | K | T | Buy | 10/24/18 | K | | |
| 145. - Tennessee State School Revenue Bonds | A | Interest | K | T | Buy | 04/03/18 | K | | |
| 146. OTHER MISC. INVESTMENTS (H) Lines 147-148 | | | K | T | | | | | |
| 147. -Maury County TN Farm | D | Rent | O | W | | | | | |
| 148. -Center Hill Lake TN Undeveloped Real Estate | | None | M | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mashburn, Randal S. | 04/29/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note 1: On line 4 of Part VII, last year's report showed Civic Bank & Trust, which has changed its name to Franklin Synergy Bank.

Note 2: On line 5 of Part VII, last year's report showed Community First Bank & Trust, which has changed its name to Reliant Bank.

Note 3: On line 17 of Part VII, EQT Corp. split into two companies -- the existing EQT and a spinoff company named Equitrans Midstream Corp. Therefore, a new line 18 has been inserted to reflect the new holding of Equitrans Midstream Corp. even though there was no actual purchase of new stock.

Note 4: Regarding lines 55 thru 66 and lines 69 thru 83: As requested by the Committee in a prior year, information is provided on these lines regarding the investment components of the annuities in the Roth IRA accounts. Filer is reporting this information in the same format as was reported for 2016 and 2017. The end-of-year reporting received by the filer reflects the gross values of each annuity -- not the individual amounts attributable to any particular investment (and the filer has no control over these investment decisions). The information available to filer shows only the percentages attributable to each investment vehicle in each annuity. Therefore the component investments and respective percentages have been reported on the lines immediately below each annuity to reflect the makeup of the investments in each annuity. Since the end-of-year information is limited to the gross values for each annuity as a whole, the lines under columns B and C have been left blank for the investment components of the annuity, while the lines next to the overall annuity have been filled in with the appropriate cumulative information about the respective annuity's value, etc. based on the year-end information provided to the filer. It should also be noted that the filer does not receive information about how individual investment vehicles in the annuities perform, and the ultimate value of the annuities is tied to contractual death benefits, lifetime annuity payments, surrender value and other factors rather than simply the performance of specific investment components. Since no dividends are made to filer, and since the information available to filer is primarily tied to the increase or decrease in overall value of the policies and the makeup of the investments, Column B-1 next to each annuity has been left blank, and Column B-2 has been marked None.

Note 5: Regarding lines 93 thru 100: Filer has listed dispositions of investments in a college 529, but it should be noted that these distributions were made directly to the beneficiary of the fund for college expenses, not to the filer. All funds in this 529 account were depleted in 2018 based on final distributions to the beneficiary.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Randal S. Mashburn**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544